No. 66.—BENNETT D. COOPER, plaintiff in error, *vs.* BURTON CLOUD *et al.* defendants.

Issue having been joined in this cause, under a protestation that no notice of the signing of the bill of exceptions had been served and filed, as required by the Act of 1845, and the Court having sustained a similar motion at this term, in another cause;

On motion of counsel, the writ of error was dismissed without argument.